## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven Maurice Lane,

       Petitioner,　　　　　　　　　　Civil No. 09-864 (RHK/JJK)

vs.

**ORDER**

Warden Dwight Fondren,

       Respondent.

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: April 16. 2009

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge