## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Maurice Lane, | Civil No. 09-864 (RHK/JJK) |
| Petitioner, | **ORDER** |
| v. | |
| Dwight Fondren, Warden (FCI Sandstone), | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 16, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

2. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3. This action is **SUMMARILY DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: May 6, 2009

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge